**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                              CHAPTER 13 NO.:

**TIMOTHY WAYNE HOLLIDAY**                                                       22 – 01234 – JAW

**O R D E R**

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Proof of Claim [DK #52] filed herein by Title Cash of Mississippi, Inc. d/b/a Title Cash (Claim No. 20-1); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Objection to Proof of Claim is hereby sustained.

THAT, the claim of Title Cash of Mississippi, Inc. d/b/a Title Cash (Claim No. 20-1) is hereby wholly disallowed.

THAT, Title Cash of Mississippi, Inc. d/b/a Title Cash shall not file any other claims relating to this same debt.

##END OF ORDER##

SUBMITTED BY:

*/s/ Justin B. Jones*

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM